**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01146-CR

**JOSEPH WAYNE HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56295-R**

## ORDER

On May 28, 2015, this Court ordered Mary Snider, the former official court reporter of the 265th Judicial District Court, to file a supplemental record containing State's Exhibit no. 14 within fifteen days. To date, Ms. Snider has neither filed the exhibit nor communicated with the Court regarding the status of the exhibit.

Accordingly, we **ORDER** Mary Snider, former official court reporter of the 265th Judicial District Court, to file, by **4:00 p.m. on MONDAY, JULY 6, 2015**, a supplemental record containing State's Exhibit no. 14. If the supplemental record containing the exhibit is not filed by the date specified, the Court will utilize its available remedies, including ordering that Mary Snider not sit as a court reporter until she has filed the exhibit in this case.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Mary Snider, now official court reporter 283rd Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE